# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Cellular Telephones, Seized From 3441 Cudahy Avenue, Cudahy, Wisconsin 53110 On 06/13/2018, which are described as follows: (1) SAMSUNG SM-G935F, IMEI 353773/08/437015; (2) SAMSUNG S8 SM-G9550, SERIAL NO. R28J72KRJ3D; (3) LG LS675, SERIAL NO. 601CYCVO353259; (4) PALM CELL PHONE, SERIAL NO. P5PE05KA40HW; (5) APPLE IPHONE MODEL A1303; (6) MOTOROLA BOOST MOBILE, SERIAL NO. 364VLN5VR3; (7) SAMSUNG SCH-R351, SERIAL NO. 268435459004658534; (8) LG L5665, SERIAL NO. 510CYXM1324978 (9) APPLE IPHONE A1349; (10) SAMSUNG SPH-L900, MEID 256691486902331958; (11) HTC APA9292, SERIAL NO. HTO5YHL14245; (12) LG VN251, SERIAL NO. 206KPDT1827954; (13) LG RUMOR 2, SERIAL NO. 904CYSF02340214 Cellular Telephones Were Seized By The FBI And Currently In FBI Milwaukee Division Custody

Case No. 18-M-121

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A-1

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment A-2

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _Aug. 22, 2018_ (not to exceed 14 days)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _Hon. David E. Jones_.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _Aug. 8, 2018 4:36 p.m._                    _[signature]_
                                                                    *Judge's signature*

City and State: Milwaukee, Wisconsin                              Hon. David E. Jones, U.S. Magistrate Judge
                                                                    *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No: 18-M-121 | Date and time warrant executed: 08/14/2018 0815 | Copy of warrant and inventory left with: FBI Milwaukee CART |
| Inventory made in the presence of: FBI Milwaukee CART | | |
| Inventory of the property taken and/or name of any person(s) seized: See Attached Attachment A-1 | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 8/22/2018

*Executing officer's signature*

Special Agent Scott Mahloch
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: Aug. 22, 2018

*United States Magistrate Judge*